```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 30, 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Semba Wang Shipyard Pte Ltd,

                Plaintiff,

   -against-

Bodrum Maritime Inc., et al.,

                Defendants.
------------------------------------------------------------X

09 Civ. 1998 (PAC)
**ORDER OF DISMISSAL**

HONORABLE PAUL A. CROTTY, United States District Judge:

In light of the Court's memo endorsement dated July 7, 2009, it is,

ORDERED, that the above-entitled action is DISMISSED, and the maritime attachment order is vacated. The Clerk of Court is directed to close this case.

Dated: New York, New York
         September 30, 2009

SO ORDERED

*/s/ Paul A. Crotty*
PAUL A. CROTTY
United States District Judge

1